AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## INITIAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Parker, Thomas M. | 2. Court or Organization  U.S. Dist. Court. Northern Dist. of Ohio | 3. Date of Report  08/09/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  full time U.S. Magistrate Judge | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☑ Initial  ☐ Annual  ☐ Final  5b. ☑ Amended Report | 6. Reporting Period  01/01/2015  to  04/11/2016 |

**7. Chambers or Office Address**

801 W. Superior Ave
Chambers 11B
Cleveland, OH 44113

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Judge | Summit County Court of Common Pleas (1-1-15 to 3-24-16) |
| 2. Member of Board of Trustees | Shelter Care, Inc. |
| 3. Member of Board of Trustees | Urban Vision, Inc. (Beginning Jan. 2016) |
| 4. Trustee | Diane C. Parker Irrevocable Gifting Trust FBO 1 |
| 5. Trustee | Diane C. Parker Irrevocable Gifting Trust FBO 2 |
| 6. Trustee | Diane C. Parker Irrevocable Gifting Trust FBO 3 |
| 7. Trustee | Diane C. Parker Irrevocable Gifting Trust FBO 4 |
| 8. Trustee | Diane C. Parker Irrevocable Gifting Trust FBO 5 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. April 2016 | Ohio Public Employees Retirement System (participant in traditional service retirement plan) |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Parker, Thomas M. | 08/09/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | Summit County, Ohio - Judicial salary (county portion) | $8,404.00 |
| 2. 2014 | State of Ohio - Judicial Salary (state portion) | $97,074.00 |
| 3. 2014 | Diane C. Parker Irrev. Trust Dtd. 2-7-2001 (share of estate income) | $14,692.00 |
| 4. 2014 | Diane C. Parker Irrev. Trust Dtd. 2-7-2001 (trustee fee) | $23,194.00 |
| 5. 2015 | Summit County, Ohio - Judicial salary (county portion) | $8,897.18 |
| 6. 2015 | State of Ohio - Judicial salary (state portion) | $98,531.68 |
| 7. 2016 | Summit County, Ohio - Judicial salary (county portion 1-1-16 to 3-24-16) | $1,552.68 |
| 8. 2016 | State of Ohio - Judicial salary (state portion 1-1-16 to 3-24-16) | $17,554.47 |
| 9. 2016 | Ohio Public Employees Retirement System (retirement benefit) | $1,174.94 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | Summit Christian School - salary |
| 2. 2016 | Summit Christian School - salary |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. EXEMPT | | | | |
| 2. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Parker, Thomas M. | 08/09/2016 |

3. _____ _____ _____ _____ _____

4. _____ _____ _____ _____ _____

5. _____ _____ _____ _____ _____

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. EXEMPT | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. William D. Ford Federal Direct Student Loan Program | Student Loan | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Parker, Thomas M. | 08/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Alger Spectra Fund, Cl Z (X) | C | Distribution | K | T | Exempt | | | | |
| 2. Amana Income Fund (X) | A | Dividend | | | Exempt | | | | |
| 3. American Century Heritage Investment Fund (X) | C | Distribution | K | T | Exempt | | | | |
| 4. AMG Yacktmand Fund Svc Class (X) | C | Distribution | K | T | Exempt | | | | |
| 5. AQR Managed Futures Strategy Fund Cl 1 (X) | B | Dividend | K | T | Exempt | | | | |
| 6. Arbitrage Event Driven Fund Cl 1 (X) | | None | | | Exempt | | | | |
| 7. Artisan Mid Cap Value Fund INV FBOID (X) | | None | | | Exempt | | | | |
| 8. Blackrock High Yield Bond Fund 1 (X) | B | Dividend | K | T | Exempt | | | | |
| 9. Columbia Select Large Cap Growth Fund Cl. Z (X) | D | Dividend | K | T | Exempt | | | | |
| 10. Delaware Value Fund Institutional Cl 1 (X) | A | Dividend | K | T | Exempt | | | | |
| 11. Double Line Total Return Fund Institutional (X) | B | Dividend | K | T | Exempt | | | | |
| 12. Dreyfus/Standish Global Fixed Income Fund Cl. 1 (X) | B | Dividend | L | T | Exempt | | | | |
| 13. Exxon Mobil Corp common stock (X) | A | Dividend | J | T | Exempt | | | | |
| 14. Gabelli Small Cap Growth fund Cl. 1 (X) | A | Distribution | K | T | Exempt | | | | |
| 15. John Hancock Global Absolute Return Strategies Fund Cl. 1 (X) | B | Dividend | K | T | Exempt | | | | |
| 16. John Hancock 2 Strategic Income Opportunity Fund Cl. 1 (X) | B | Dividend | K | T | Exempt | | | | |
| 17. JP Morgan Mid Cap Value Fund Cl. S (X) | B | Dividend | K | T | Exempt | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,000 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Parker, Thomas M. | 08/09/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Legg Mason Western Asset Macro Opportunities Fund Cl. 1 (X) | B | Dividend | K | T | Exempt | | | | |
| 19. Loomis Sayles Bond Fund Class Institutional (X) | B | Dividend | K | T | Exempt | | | | |
| 20. Mainstay Floating Rate 1 FBOID (X) | A | Dividend | J | T | Exempt | | | | |
| 21. Mainstay Marketfield Fund Cl. 1 (X) | | None | | | Exempt | | | | |
| 22. Oakmark International Fund Cl. 1 (X) | C | Dividend | K | T | Exempt | | | | |
| 23. Pimco All Assets All Auth Fund Cl. P (X) | A | Dividend | | | Exempt | | | | |
| 24. RS Select Growth Fund Cl. Y (X) | B | Distribution | K | T | Exempt | | | | |
| 25. Schwab 1000 Index Fund (X) | A | Dividend | J | T | Exempt | | | | |
| 26. Sun America Focused Dividend Strategy Fund Cl. W (X) | B | Dividend | K | T | Exempt | | | | |
| 27. Templeton Global Bond Advantage Fund (X) | B | Dividend | K | T | Exempt | | | | |
| 28. Transparent Value Large Cap Market Fund Cl. 1 (X) | | None | | | Exempt | | | | |
| 29. Virtus Emerging Markets Opportunities Fund Cl. 1 (X) | A | Dividend | K | T | Exempt | | | | |
| 30. UBS BAnk | A | Interest | J | T | Exempt | | | | |
| 31. Flexshares IBOXX 3 YR TIPS IDX ETF | A | Dividend | K | T | Exempt | | | | |
| 32. Flexshares UPSTREAM NATURAL IDX ETF | A | Dividend | K | T | Exempt | | | | |
| 33. Guggenheim Timber ETF | A | Dividend | J | T | Exempt | | | | |
| 34. ISHARES 1-3 YR TREAS. BOND ETF | A | Dividend | J | T | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ISHARES 3-7 YR. TREAS. BOND ETF | A | Dividend | J | T | Exempt | | | | |
| 36. ISHARES CORE S&P MIDCAP ETF | C | Dividend | K | T | Exempt | | | | |
| 37. ISHARES CORE S&P SMALL CAP ETF | C | Dividend | K | T | Exempt | | | | |
| 38. ISHARES IBOXX HIGH YIELD BOND ETF | B | Dividend | K | T | Exempt | | | | |
| 39. ISHARES IBOXX INVT GRADE BOND ETF | A | Dividend | K | T | Exempt | | | | |
| 40. ISHARES S&P 500 GROWTH ETF IV | A | Dividend | K | T | Exempt | | | | |
| 41. ISHARES S&P VALUE ETF IV | B | Dividend | K | T | Exempt | | | | |
| 42. POWERSHARES SENIOR LOAN ETF | A | Dividend | J | T | Exempt | | | | |
| 43. SPDR BARCLAYS SHORT TERM CORP. ETF | A | Dividend | J | T | Exempt | | | | |
| 44. SPDR DOW JONES INTER REAL ESTATE ETF | A | Dividend | J | T | Exempt | | | | |
| 45. SPDR DOW JONES REIT ETF IV | A | Dividend | J | T | Exempt | | | | |
| 46. Vanguard FTSE All Worlk Ex US ETF | B | Dividend | L | T | Exempt | | | | |
| 47. VanguardEmerging Markets ETF | A | Dividend | K | T | Exempt | | | | |
| 48. Vanguard FTSE All World Ex US Small Cap ETF | A | Dividend | J | T | Exempt | | | | |
| 49. Wisdomtree Emerging Markets Local ETF | A | Dividend | J | T | Exempt | | | | |
| 50. Schwab Gov't Money Market Fund | A | Dividend | J | T | Exempt | | | | |
| 51. Blackrock College Advantage Aggr. 13-16 Age Based Fund A | | None | K | T | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Parker, Thomas M. | 08/09/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Blackrock College Advantage Aggr. 17+ Age Based Fund A | | None | K | T | Exempt | | | | |
| 53. PNC Bank Savings Account | A | Interest | J | T | Exempt | | | | |
| 54. PNC Bank Savings Account | A | Interest | J | T | Exempt | | | | |
| 55. Account Receivable - Committee to Re-Elect Judge Tom Parker | | None | K | T | Exempt | | | | |
| 56. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Parker, Thomas M. | 08/09/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The Trustee positions I have listed in Part I are not otherwise reflected in any other part. The trusts were established by my mother prior to her death for the benefit of five of her grandchildren. I received no income from my service as trustee and have no beneficial interest in trust assets. Thus, these trusts have no assets that are reportable in Part VII.

| Name of Person Reporting | Date of Report |
|---|---|
| Parker, Thomas M. | 08/09/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas M. Parker**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544